TISHA R. BLACK, ESQ.
Nevada Bar No.: 05876
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No.: 12594
**BLACK & LOBELLO**
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada  89135
Telephone:  (702) 869-8801
Facsimile:  (702) 869-2669
tblack@blacklobellolaw.com
khernandez@blacklobellolaw.com
*Attorneys for Plaintiffs,*
*Edward & Lynda McCarthy*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD McCARTHY, an individual, and LYNDA McCARTHY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC doing business as NSM RECOVERY SERVICES, INC., a foreign limited liability company;<br><br>Defendant. | Case No.:   2:13-cv-02043-GMN-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**WHEREAS** Plaintiffs Edward McCarthy and Lynda McCarthy and Defendant Nationstar Mortgage, LLC d/b/a NSM Recovery Services, Inc. (collectively referred to as "Parties") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences in the above-captioned matter;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by the Parties, by and through their respective attorneys of record, and subject to the approval of the Court, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice, with each party bearing his/her/its own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

Dated this 11th day of June, 2014.                          Dated this 11th day of June, 2014.

**BLACK & LOBELLO**                                         **KRAVITZ, SCHNITZER & JOHNSON, CHTD**

*/s/ Kevin L. Hernandez*    .                               */s/ Melanie D. Morgan*         ,
Tisha R. Black, Esq.                                        Melanie D. Morgan, Esq.
Nevada Bar No. 05786                                        Nevada Bar No. 08215
Kevin L. Hernandez, Esq.                                    8985 Eastern Ave., Suite 200
10777 W. Twain Ave., 3rd Floor                              Las Vegas, Nevada 89123
Las Vegas, NV 89135                                         *Attorneys for Defendant,*
*Attorneys for Plaintiffs,*                                 *Nationstar Mortgage, LLC dba*
*Edward & Lynda McCarthy*                                   *NSM Recovery Services, Inc.*

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the Parties under FRCP 41(a)(1)(A)(ii), the above-entitled action shall be dismissed with prejudice, and each party shall bear his/her/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 06/12/2014**